FILED

2022 FEB -8 AM 11:48

Rev. 5/20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

United States District Court
Middle District of Florida
Fort Myers Division

__Demetrious Devon Johnson__
*(In the space above enter the full legal name of the plaintiff)*

-against-

__Chaplain K. Compton, chaplain T. Tremblay,__
__chaplain J. Rosario, chaplain M. Stout__
__LT. L. Burch and sgt J. Watson__

Case No. __2:22 cv 83-JLB-NPM__
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Confined Litigant)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Attestation as Jail Deputy pursuant To F.S. 117.10

(Date) __1/30__  20__22__

__[signature]__ Officer

__20-095__ ID #

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Page 1 of 10

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Johnson, Demetrious, Devon
Name (Last, First, MI)    Booking    Aliases

Perm-338742# / 941917#
Identification #

Lee County Sheriff's Office Jail
Place of Detention

2501 Ortiz Avenue,
Institutional Address

Lee County, Fort Myers, FL, 33905
County, City    State    Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Compton, K__
Name (Last, First)

__Chaplain__
Current Job Title

__2501 Ortiz Avenue__
Current Work Address

__lee, fort myers,   fl,     33905__
County, City              State       Zip Code

Defendant 2: __Tremblay, T__
Name (Last, First)

__Chaplain__
Current Job Title

__2501 Ortiz Avenue__
Current Work Address

__lee, fort myers,   fl,     33905__
County, City              State       Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: Rosario, J.
Name (Last, First)

Chaplain
Current Job Title

2501 Ortiz Avenue
Current Work Address

lee, fort myers, fl, 33905
County, City    State    Zip Code


Defendant 4: Stout, M
Name (Last, First)

Chaplain
Current Job Title

2501 Ortiz Avenue
Current Work Address

lee, fort myers, fl, 33905
County, City    State    Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Lee County Jail Main/Core facility both

Date(s) of occurrence: It started from 3/11/19 to and threw 12/13/21.

State which of your federal constitutional or federal statutory rights have been violated:
1st Amendment, 8th amendment, 9th amendment. Also Florida Constitution pretaining to Declaration of Rights (S2,3,4,5,9,13 and 17).

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

What happened to you?

On 3/11/19 my case begins with LCSO shakedown officer "DFC" W. Mallet. When I requested shakedown to release my Hebrew bible. I asked shakedown to release my Book of Yahweh I had stored in my proprety. They never released my Hebrew bible/Book of Yahweh, DFC W. Mallet forwarded my request to T. Looper and the results stayed the same, never released. On 3/14/19 I wrote shakedown again requesting my Hebrew bible after they stalled and delayed releasing my Book of Yahweh after they literally "stated on 3/11/19 they released my book". So on 3/14/19 shakedown officer DFC P. Bilious followed the actions of his co-workers and delayed and stalled and showing no remorse, no concern, no justice cold heartedly replied "duplicate" thats it plain and simple. On 3/27/19 Asst chaplian J. Rosario stepped in three days later on the request speaking up for her office saying do I have a request when I consistently

Rev. 5/20

> Who did what?

asked and followed procedure requesting my book then basicly manipulating against me and driving me insane but I remain calm and humble. On 3/26/19 **shakedown** officer DFC W. Mallet wrote and replied waiting on chaplain. Basically, from my preception they violated my First amendment rights considered as Hebrew Yisraylites I'm allowed freedom of speech and worship which was discriminated as well as my Florida constitional rights of my basic rights, religious freedom, + due process. On 3/10/21 chaplain T. Tremblay did not give me my apocrypha nor good news translation bible that I requested and offered me a NIV bible thats a beginner's **bible** and experienced Hebrews don't read that and most won't reference it. My first amendment is violated on religon and exercise of that belief and my beliefs on federal levels. They violated my state constitional rights specificly florida of basic rights, religious freedom, due process, And freedom of speech and press. Here at this facility at one point they allowed christians to go to worship once a week. Due to the Florida constitution the declaration of rights my realigion religious freedom and right to assemble has been violated to where we are unable to worship freely and exercise the Hebrew Yisraylites beliefs which is my way of life. More negligence occurred on 3/11/21 by chaplian T. Tremblay responding that my request on 3/10/21 was still being processed and he will do his best to send what I requested or send what he have available. They never fulfilled my request. Continuing on 9/9/21

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

**Was anyone else involved?**

chaplain K. Compton denied my kosher diet and request at 9:45 am this was this first encounter documented on record for the matter my 1st and 8th amendments were violated. On that date pretaining to that matter on 9/9/21 J. Rosario forwarded my request to chaplain K. Compton. On 9/17/21 I requested my Kosher status and wanted it expedited. I still was being rejected and denied. Also on 9/17/21 I request a good news translation bible with the full apocrypha, nevered recieved or accomadated. If you watch and observe closely you'll see error and where these people are in wrong as well as fault. On 9/20/21 chaplain J. Rosario sent or supposely sent an New American Bible, not a good news translation with the full apocrypha that NAB bible had books missing out of the bible. I read the full apocrypha and some it was a direct insult and chaplain T. Tremblay was aware of this request that day. They forgot about 1 and 2 Esdras in that NAB bible they sent me. For the record. On 9/28/21 I requested a bible dictionary/Concordance chaplian T. Tremblay and K. Compton were aware of this and never furfilled my request. Also on that date they tired and violated me as well as my patience by sending me a science book. On 10/1/21 I asked for the mailing address for my family to send my regious reading material, and for my church to send me reading material as well chaplian J. Rosario didn't provide that information. On 10/4/21 chaplain J. Rosario

# Title Section V  7 of 10

1

just waited to recieve my material being selfish and stubborn on my request and previous requests asking for the mailing address for him to inspect. On 10/5/21 I requested the chaplain's mailing address as well as correct mailing address for this matter and chaplian M. Stout and made the same respond as previous chaplain J. Rosario in his own words never giving me the appropriate address or concerned on my request. On 10/27/21 I asked the chaplain offices recieve and of my reading materail from my church chaplian J. Rosario stalled as well as T. Tremblay stating that my material was on "hold" Its from my church for Yah's sake" that's a given right. I felt they wanted to punish, break me down, and tear me apart, destory me mentally and physically. On numerous accounts they show no concerns and boldy make no remorse. On 11/15/21 I asked my reading material status from my church their chaplain's office gave me that dull reply and rejection continally and they lied. On 11/22/21 I requested every papercopy of every request, my kosher status, and my reading material. As well to re-send the RDP diet app After accurately applying and filing out Right the first time and second with my all plus hardwork, pinpointing everything on the RDP Questionnaire 100% truthful and accurate point blank period. On 11/23/21 K. Compton telling me I had access to the requests and compliants I made on the kiosk, But I requested papercopies the same they provide after every request playing on my intelligence. On 11/23/21 I request all papercopies and RDP diet and let them know I fully applied myself. Chaplain T. Tremblay forwarded my request. chaplian M. Stout was also aware of my request and gave me a dull sarcastic response. On 11/30/21 chaplain K. Compton paid me a visit I had already applied for kosher 9/9/21 and was denied

Title Section V  7 of 10

2

after all the hardwork, headache, turmoil, and accuracy he denied me in person to my face on 11/30/21 and 9/9/21 I have the RDP application notarized and stamped. Chaplian K. Lompton bribed me and blackmailed me and met me inperson after I signed two RDP applications 100% correct, no help or flaws. My most valueable points of the case is I have Hebrew symbols all on my face and body before and entering this Jail. I been had Hebrew letters on my body and 2021 is the first year in LCSO I ate regular trays here. I have this diet problem everywhere. But it is my right. On 11/30/21 I made my Hebrew symbols aware to K. Lompton and told him my family and friends are witnesses to my Yisraylite beliefs. He was ashamed, guilty then proceeded to bribe me with another RDP application saying he needed a signature and almost denied me, untill he seen the symbols of a Hebrew Yisralite on my face and body. He only approved me after being indenile, wrong and because he was caught red-handed. He knew I was 100% correct on all applications of the RDP diet and had proof 100% of proof. Do to the federal constitutional law the 8th amendment states excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted. This transpired with-in these days, times, and actions. It took the chaplian's of LCSO 2 1/2 months to approve my Kosher diet 9/9/21 to 11/30/21. So they also violated my Florida constitutional declaration of rights of due process. On 11/26/21 I repeatedly numerous times requested the chaplains involved names, job title, their chaplian's office address etc.... as well as my hebrew booklets and hebrew calendar. Since my incarceration It's been difficult to

title Section V   7 of 10

3

observe the hebrew calendar without one, and the festivals and the feasts. That's one of the most important "parts" of the Hebrew Visraylite tradition and beliefs. I have no Hebrew Calendar. That's difficult to celebrate passover etc... without an Calendar, and to know what time it start and end. Also to observe the Sun, and moon to study it when these festivals and feasts start and end. All my statements are seriously important and have always been. On 12/7/21 my hebrew booklet from my church consistly and my hebrew calendar. The stalling continued by chaplain J. Rosario. On 12/13/21 I requested the rest of my booklets from my church from the LCSO chaplain's office, the lies, stalling, poor work ethic, and carelessness manipulated servely my mental health and emotions. I feel after all this something good is an outcome as well as justice. I pray they pay for every moment I suffer. That's completes my complaint I'll the rest in full in details in person. I would like you to get copies off of the kiosk and put it on an USB memory chip pretaining to my grievances, complainces, and requests towards the chaplain and Deputy staff. Obtain the rest of the dates, and information that is need to finalized my complaints. So I can proceed with filing documents in this matter.

Rev. 5/20

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

As a Hebrew Yisraylite member and believer, I would like the courts to allow me and other Yisraylites to have religous freedom in society and Incarcerated. This is America our freedom is a right not a punishment, enslavement or dictatorship. I would like for all Hebrew Yisraylites to be respectfully honored of their kosher diet. Also I would like for all Hebrew Yisraylites to be able to observe all feasts, festivals and hebrew calendar safe and secure. I'm requesting me and fellow Yisraylites to not be judged by race, religon, disability, nor sex. I speak not only for me but Yisralites across the world and United States of America. To finalize my remedies do to the negligance from each idividual cheplain from Lee County Core building jail. I'm requesting in the amount of 5 millions dollars to be released to my private account, which the information will be provided at a later date through my attorney.

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:

Have you to date brought any other lawsuits in state or federal court while a confined?   ☒ Yes   ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

At this time I'm unable to deliver my last federal law suit records due to my incarceration. If you have any questions I request that you send me a representative from your establishment.

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1/27/2022
Dated

Demetrious Johnson JR
Plaintiff's Signature

Johnson, Demetrious, D
Printed Name (Last, First, MI)

Perm # 338742
Identification #

Lee County | Core building jail, 2501 Ortiz Ave, Fort Myers, Florida, 33905
Institutional Name | City | State | Zip Code